UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LUIS EDUARDO HERRERA FLORES,

                Plaintiff,

v.

JERMYN CONTRACTING CORP., GOLIATH
CONSTRUCTION, INC., MEADOWBROOK
BUILDERS, INC., and PETER GLASS,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5630 (VB)

    As discussed at an on-the-record conference held today and attended by plaintiff's counsel, but for which no defendant and no defense counsel appeared, it is HEREBY ORDERED:

    1. For the reasons explained on the record, the motion for default judgment as to defendants Goliath Construction Inc. and Meadowbrook Builders Inc. is DENIED WITHOUT PREJUDICE.

    2. Good cause having been shown pursuant to Fed. R. Civ. P. 4(m), plaintiff's time to serve the summons and complaint on defendant Jermyn Contracting Corporation ("Jermyn") is extended to **February 7, 2022**.

    3. Provided defendants are in default, by no later than **March 7, 2022**, plaintiff shall move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants. The supporting paperwork shall address the deficiencies the Court outlined on the record.

    4. If plaintiff has not served Jermyn and wishes to dismiss his case against that defendant, also by **March 7, 2022**, plaintiff shall file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    The Clerk is instructed to terminate the motion. (Doc. #27).

Dated: December 6, 2021
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti, U.S.D.J.