UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS EDUARDO HERRERA FLORES,

      Plaintiff,      Index No.: 21-cv-5630 (VLB)

 -against-

JERMYN CONTRACTING CORP., GOLIATH
CONSTRUCTION, INC., MEADOWBROOK
BUILDERS, INC., PETER GLASS in his individual
capacity and as Officer of JERMYN CONTRACTING
CORP., as Officer of GOLIATH CONSTRUCTION, INC.,
And as Officer of MEADOWBROOK BUILDERS, INC.,

      Defendants.

-----------------------------------------------------------------X

## [~~PROPOSED~~] DEFAULT JUDGMENT

THIS MATTER having been brought before the Court on the motion of Plaintiff LUIS EDUARDO HERRERA FLORES ("Plaintiff") for entry of an Order granting default judgment against Defendants JERMYN CONTRACTING CORP., GOLIATH CONSTRUCTION, INC., MEADOWBROOK BUILDERS, INC., PETER GLASS in his individual capacity and as Officer of JERMYN CONTRACTING CORP., as Officer of GOLIATH CONSTRUCTION, INC., and as Officer of MEADOWBROOK BUILDERS, INC., and the Court having considered the papers submitted in support of the motion, and with no opposition submitted by Defendants, and for good cause having been shown,

IT IS on this ____4th____ day of ____March____, 2022, ORDERED that:

1. Defendants have failed to appear, plead or otherwise defend in this action despite proper service by Plaintiff.

2. Defendants have failed to respond to Plaintiff's motion for default judgment despite being served with that motion.

3. Plaintiff has stated a legitimate cause of action in his complaint, namely that Plaintiff performed non-exempt construction work for Defendants for which he was not paid properly in violation of the Fair Labor Standards Act and the New York Labor Law and the accompanying New York Code of Rules and Regulations, and was not provided with proper wage statements pursuant to the New York Labor Law §195.

4. This Court orders that this matter be set down for an inquest ~~on the~~ at a date and time to be determined, ~~day of ____ 202_~~, to determine damages.

5. Plaintiff may apply to the Court at a later time, as appropriate, for an order granting additional attorneys' fees and costs incurred in the continued prosecution of this action, including enforcement of any judgment or other order entered by the Court.

_____
Honorable Vincent L. Briccetti, U.S.D.J.

3/4/2022