# EXHIBIT A

Luis Herrera
Damage Calculation

**OVERTIME PREMIUM**

**Actual hourly Pay**
$24

**Proper Hourly Pay**
$36

**Difference per hour**
$12

**Hours per week**
20

**Damages per week**
$240.00

**# of weeks of Damages**     6/29/2015 through 9/14/2020
272

| | | |
|---|---|---|
| Back Pay | $65,280.00 | |
| Liquidated Damages | $65,280.00 | |
| WTPA §195 | $5,000.00 | failure to provide statements |
| Total | $135,560.00 | |