# EXHIBIT B

Luis Herrera Time/Billing/Expenses

**Time**

| Description | Date | Time | Rate | Total |
|---|---|---|---|---|
| Client Consult | 3/1/2021 | 1 | $350.00 | $350.00 |
| file review and draft initial letter | 4/5/2021 | 1.2 | $350.00 | $420.00 |
| phone call with client | 4/12/2021 | 0.5 | $350.00 | $175.00 |
| finalize draft letter and mail out | 4/29/2021 | 0.5 | $350.00 | $175.00 |
| Phone call with opp counsel (Ed Guardaro from Fullerton Beck) | 5/27/2021 | 0.5 | $350.00 | $175.00 |
| follow up email to opp counsel | 6/22/2021 | 0.1 | $350.00 | $35.00 |
| file review and draft complaint | 6/23/2021 | 3.5 | $350.00 | $1,225.00 |
| research causes of action/statutes | 6/23/2021 | 0.5 | $350.00 | $175.00 |
| research various business entities | 6/23/2021 | 1.2 | $350.00 | $420.00 |
| prep summonses and civil cover | 6/23/2021 | 0.8 | $350.00 | $280.00 |
| file complaint and accompanying documents | 6/29/2021 | 0.75 | $350.00 | $262.50 |
| meeting with client and additional potential plaintiffs/witnesses | 8/5/2021 | 2.5 | $350.00 | $875.00 |
| Review email form WC attorney re WC hearing for client | 8/11/2021 | 0.4 | $350.00 | $140.00 |
| Discussion with WC Attorney re WC hearing and testimony | 8/11/2021 | 0.4 | $350.00 | $140.00 |
| emails to/from Dan Lewis regarding investigation and location of Peter Glass | 8/31/2021 | 0.5 | $350.00 | $175.00 |
| phone call with investigator Dan Lewis DPIdentity | 9/1/2021 | 0.75 | $350.00 | $262.50 |
| discussion with Dan Lewis regarding continued investigation of Peter and Paula Glass and aliases/addresses | 9/8/2021 | 0.5 | $350.00 | $175.00 |
| Phone calls with, and emails to/from Process service Company TMS to have Peter Glass and Jermyn Contracting served | 9/8/2021 | 0.25 | $350.00 | $87.50 |
| review of investigation pictures/notes from Dan Lewis | 9/10/2021 | 1 | $350.00 | $350.00 |
| email to TMS to follow up on affidavits of non serve for individual Peter Glass at same TPL as attempts on Jermyn | 9/13/2021 | 0.2 | $350.00 | $70.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/16/2021 | email to/from investigator regarding report | 0.2 | $350.00 | $70.00 |
| 9/21/2021 | letter to judge Briccetti (ended up not being necessary due to TMS service) | 0.75 | $350.00 | $262.50 |
| 9/22/2021 | phone call with service agent re service on Jermyn and Glass | 0.3 | $350.00 | $105.00 |
| 9/22/2021 | Prep request for cert and affirmation | 0.4 | $350.00 | $140.00 |
| 9/22/2021 | ECF File request for cert and aff in support | 0.2 | $350.00 | $70.00 |
| 9/22/2021 | Deficiency correction and refile Proposed Cert | 0.2 | $350.00 | $70.00 |
| 9/23/2021 | certificate of default issued - saved to file | 0.2 | $350.00 | $70.00 |
| 10/6/2021 | prepare motion documents (notice, delcaration, affirmation, research) | 2.2 | $350.00 | $770.00 |
| 10/7/2021 | phone call with client (privileged) | 0.2 | $350.00 | $70.00 |
| 10/8/2021 | draft memo of law | 1.8 | $350.00 | $630.00 |
| 10/10/2021 | Research and edits to memo and accompany motion docs | 1.2 | $350.00 | $420.00 |
| 10/10/2021 | filing OSC (default judgment) | 0.5 | $350.00 | $175.00 |
| 10/12/2021 | refile docs | 0.3 | $350.00 | $105.00 |
| 11/5/2021 | prepare and serve all OSC docs on Defendants | 0.3 | $350.00 | $105.00 |
| 11/29/2021 | prepare updated time notice via judge's text order to be served on all defendants | 0.4 | $350.00 | $140.00 |
| 12/6/2021 | Court appearance - telephonic appearance for OSC default | 0.75 | $350.00 | $262.50 |
| 12/15/2021 | research on service of Jermyn via Sec of State under Business law (Sec 307) | 1 | $350.00 | $350.00 |
| 12/15/2021 | email to process server with instructions to serve Jermyn contracting via Sec of State and then reg mail RRR to effectuate service | 0.25 | $350.00 | $87.50 |
| 12/21/2021 | Prepare and file proposed clerk's default papers on Peter Glass | 0.75 | $350.00 | $262.50 |
| 12/22/2021 | prepare and file Affidavit for Clerk Default against Peter Glass | 0.25 | $350.00 | $87.50 |
| 12/28/2021 | Follow up with Judgements clerk re Clerk's certificate of default | 0.2 | $350.00 | $70.00 |

| Description | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Email to WC attorney explaining circumctances of case and Defaults | 1/3/2022 | 0.75 | $385.00 | $288.75 |
| Follow up emails to WC counsel re client documents | 1/11/2022 | 0.25 | $385.00 | $96.25 |
| Phone call with client (explaining all circumstances) | 1/13/2022 | 1 | $385.00 | $385.00 |
| Prepare request for clerk's default Jermyn and efile | 1/13/2022 | 1.5 | $385.00 | $577.50 |
| Prepare second Plaintiff declaration | 1/28/2022 | 0.4 | $385.00 | $154.00 |
| Prepare default order to show cause docs | 1/28/2022 | 1.8 | $385.00 | $693.00 |
| efile updated OSC (default judgment) | 2/1/2022 | 0.5 | $385.00 | $192.50 |
| Deficiency correction and refile Proposed Order | 2/2/2022 | 0.5 | $385.00 | $192.50 |
| Review order on initial filing of OSC | 2/14/2022 | 0.25 | $385.00 | $96.25 |
| Affidavit of service and efile aff per Judge's order | 2/16/2022 | 0.25 | $385.00 | $96.25 |
| Travel to White Plains for court appearance | 3/4/2022 | 1.5 | $385.00 | $577.50 |
| Appearance on Default OSC | 3/4/2022 | 0.75 | $385.00 | $288.75 |
| Travel home from White Plains | 3/4/2022 | 1.5 | $385.00 | $577.50 |
| Review Order from Judge Davison | 3/31/2022 | 0.25 | $385.00 | $96.25 |
| Draft inquest docs | 4/18/2022 | 1.4 | $385.00 | $539.00 |
| research inquest format/law for Judge Davison | 4/18/2022 | 1 | $385.00 | $385.00 |
| continued draft inquest docs (declarations) | 4/19/2022 | 1.75 | $385.00 | $673.75 |
| emails to/from client regarding declaration and translation | 5/20/2022 | 0.7 | $385.00 | $269.50 |
| finalize attorney declaration in support of damages | 5/20/2022 | 0.5 | $385.00 | $192.50 |
| memo of law | 5/24/2022 | 1.4 | $385.00 | $539.00 |
| finalize memo of law | 5/27/2022 | 1.2 | $385.00 | $462.00 |
| efile inquest documents | 5/27/2022 | 0.4 | $385.00 | $154.00 |

Total Hours: 48.95    **Total Fees:** **$17,816.75**

**Expenses**

| Description | Date | | | Amount |
|---|---|---|---|---|
| Mail out intent to sue letter | 4/29/2021 | FLAT | | $5.15 |
| SDNY filing fee | 6/29/2021 | FLAT | | $402.00 |
| service of summons and complaint | 7/8/2021 | FLAT | | $1,204.00 |
| train to city to meet with client + 2 other witnesses | 8/5/2021 | FLAT | | $9.25 |
| DPIdentity Fee for investigation | 9/13/2021 | FLAT | | $175.00 |

| Description | Date | Type | Amount |
|---|---|---|---|
| Service of OSC on Defendants (mail) | 11/5/2021 | FLAT | $8.00 |
| Service of updated conference date on all defendants | 11/29/2021 | FLAT | $2.00 |
| additional service against Jermyn (DOS + RRR) | 1/6/2022 | FLAT | $123.00 |
| **Total Costs:** | | | **$1,928.40** |