# EXHIBIT C

T.M.S. Services, Inc.
600 Old Country Road
SUITE 318
Garden City, NY 11530

# Invoice

| Date | Invoice # |
|---|---|
| 10/8/2021 | 861390 |

Valletti & Associates
611 Wayne Avenue, Ste 2
New Hyde Park, NY 11040

| Description | Amount |
|---|---|
| Luis Eduardo Herrera Flores v Jermyn Contracting Corp., et al | |
| Southern District of New York   Index #: 21-CV-5630 | |
| Summons & Complaint | |
| Meadowbrook Builders, Inc. c/o Ms. Paula Green | |
| 51 Cypress Lane, Briarcliff Manor, NY 10510---------Attempted Service Fee | 95.00 |
| Meadowbrook Builders Inc. s/h/a Meadowbrook Builders, Inc. | |
| ----------Secretary of State | 75.00 |
| Advanced Secretary of State Fee | 40.00 |
| Jermyn Contracting Corp. | |
| 574 N. Washington Avenue, Jermyn, PA 18433---------Attempted Service Fee | 175.00 |
| Jermyn Contracting Corp. | |
| 640 Jefferson Avenue, #L24, Jermyn, PA 18433---------Service Fee | 175.00 |
| Peter Glass, Individually and as Officer, | |
| 51 Cypress Lane, Briarcliff Manor, NY 10510---------Discounted Attempted Service Fee | 75.00 |
| Peter Glass, Individually and as Officer, | |
| 450 Chappaqua Road, Briarcliff Manor, NY 10510---------Attempted Service Fee | 95.00 |
| Peter Glass, Individually and as Officer, | |
| 640 Jefferson Avenue, #L24, Jermyn, PA 18433---------Discounted Attempted Service Fee | 100.00 |
| Peter Glass, Individually and as Officer, | |
| 2179 Route 292, Holmes, NY 12531---------Service Fee | 120.00 |
| Goliath Construction, Inc. c/o Paula Green | |
| 51 Cypress Lane, Briarcliff Manor, NY 10510---------Discounted Attempted Service Fee | 75.00 |
| Goliath Construction Inc. s/h/a Goliath Contruction, Inc. | |
| ----------Secretary of State | 75.00 |
| Advanced Secretary of State Fee | 40.00 |
| DMV Search | 40.00 |
| Mailings & Postage | 24.00 |

| Phone # | Fax # | E-mail | Total | $1,204.00 |
|---|---|---|---|---|
| 516-280-2501 | 866-676-4796 | tmslegalservices@yahoo.com | | |

T.M.S. Services, Inc.
600 Old Country Road
SUITE 318
Garden City, NY 11530

# Invoice

| Date | Invoice # |
|---|---|
| 1/6/2022 | 863109 |

Valletti & Associates
611 Wayne Avenue, Ste 2
New Hyde Park, NY  11040

| Description | Amount |
|---|---|
| Luis Eduardo Herrera Flores,<br>v<br>Jermyn Contracting Corp., et al<br><br>Southern District of New York   Index #: 7:21-cv-05630-VB<br>Summons & Complaint<br><br>Jermyn Contracting Corp.<br>----------Secretary of State | 75.00 |
| Advanced Secretary of State Fee | 40.00 |
| Mailings & Postage | 8.00 |

| Phone # | Fax # | E-mail | Total |
|---|---|---|---|
| 516-280-2501 | 866-676-4796 | tmslegalservices@yahoo.com | $123.00 |

# DP IDENTITY Service Inc.
PO Box 339
Old Bethpage, NY 11804



Invoice number: VAL-02-2021

Invoice Date: 09/10/2021      Bill to: Valletti & Associates LLC

Location of Service: Nassau County

Client Name: Peter Glass / Paula Glass investigation

File #: _____      Received from: Robert

Description of Service: Locate & confirm defendants

## INVOICE BREAKDOWN

Intake Service _____ @ _____ $ _____

Scene: _____ @ _____ $ _____

Process service: _____ @ _____ $ _____

Police report: _____ @ _____ $ _____

Investigation: defendant _____ @ _____ $ 175.00

Mileage: _____ @ _____ $ _____

Tolls: _____ @ _____ $ _____

Photos: _____ @ _____ $ _____

Misc. ____additional travel/time_____ @ __parking__ $ _____

Remit to: DPIDENTITY Service Inc.
          Po Box 339                    Invoice total:   $ 175.00
          Old Bethpage, NY 11804

 Gmail

Robert valletti <rpvesq@gmail.com>

## Activity in Case 7:21-cv-05630 Herrera Flores v. Jermyn Contracting Corp. et al Complaint
1 message

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>  Tue, Jun 29, 2021 at 11:46 AM
To: CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Valletti, Robert on 6/29/2021 at 11:46 AM EDT and filed on 6/29/2021
**Case Name:**       Herrera Flores v. Jermyn Contracting Corp. et al
**Case Number:**     7:21-cv-05630
**Filer:**           Luis Eduardo Herrera Flores
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Peter Glass(as Officer of Jermyn Contracting Corp.), Peter Glass(as Officer of Goliath Construction, Inc.), Peter Glass(as Officer of Meadowbrook Builders, Inc.), Peter Glass(in his individual capacity), Goliath Construction, Inc., Jermyn Contracting Corp., Meadowbrook Builders, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC-24731147)Document filed by Luis Eduardo Herrera Flores..(Valletti, Robert)**

**7:21-cv-05630 Notice has been electronically mailed to:**

Robert Philip Valletti &nbsp &nbsp robert.valletti@gmail.com, rpvesq@gmail.com

**7:21-cv-05630 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/29/2021] [FileNumber=26113236-0] [51e8968ce363194c0626aa885169fb3af11b7bdf70d759a86189fca06b1f57d3c2 a02fc38f3d1106a6dded6e5a612471169c6bb157ceef8e0917c34edaefbdf9]]