UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LUIS EDUARDO HERRERA FLORES,

                    Plaintiff,                  Index No.: 21-cv-5630 (VLB)

    -against-

JERMYN CONTRACTING CORP., GOLIATH
CONSTRUCTION, INC., MEADOWBROOK
BUILDERS, INC., PETER GLASS in his individual
capacity and as Officer of JERMYN CONTRACTING        Affirmation of Service
CORP., as Officer of GOLIATH CONSTRUCTION, INC.,
And as Officer of MEADOWBROOK BUILDERS, INC.,

                    Defendants.
---------------------------------------------------------------------X

    ROBERT P. VALLETTI, an attorney duly admitted to practice before the United States District Courts for the Southern and Eastern Districts, makes the following Affirmation under penalties of perjury:

    On May 27, 2022, I served the within Proposed Findings of Fact and Memorandum of Law, Plaintiff's Declaration, and Attorney Affirmation and all accompanying exhibits in support of Plaintiff's inquest in a postpaid sealed wrapper on the following entities via First Class Mail to:

| | |
|---|---|
| JERMYN CONTRACTING CORP.<br>574 N. Washington Ave<br>Jermyn, PA 18433 | GOLIATH CONSTRUCTION, INC.<br>c/o Ms. Paula Green<br>Outside GC, LLC<br>51 Cypress Lane<br>Briarcliff Manor, NY 10510 |
| MEADOWBROOK BUILDERS, INC.<br>c/o Ms. Paula Green<br>Outside GC, LLC<br>51 Cypress Lane<br>Briarcliff Manor, NY 10510 | PETER GLASS in his individual capacity and as Officer of Corporate Defendants<br>2179 Route 292<br>Holmes, NY 12531 |

Dated:  May 27, 2022
        Patchogue, NY                               ___/s/_____
                                                               Robert P. Valletti
                                                                Valletti & Associates, LLC
                                                                40 W. 4th Street, Suite 42
                                                               Patchogue, NY 11772
                                                               TEL: (516) 666-0246
                                                               FAX: (516) 758-1117
                                                               Email: rpvesq@gmail.com