**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LUIS EDUARDO HERRERA FLORES,

                Plaintiff,                        21 **CIVIL** 5630 (VB)

      -against-                            **<u>JUDGMENT</u>**

JERMYN CONTRACTING CORP.; GOLIATH
CONSTRUCTION, INC.; MEADOWBROOK
BUILDERS, INC.; and PETER GLASS,
individually and as Officer of Jermyn
Contracting Corp., Goliath Construction, Inc.,
and Meadowbrook Builders, Inc.,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, the Court adopts the Report & Recommendation in its entirety as the opinion of the Court. The Clerk is instructed to enter judgment in favor of plaintiff and against defendants Jermyn Contracting Corp., Goliath Construction, Inc., Meadowbrook Builders, Inc., and Peter Glass in the total amount of $164,669.15, consisting of: 1. Unpaid overtime wages in the amount of $65,280.00; 2. Liquidated damages in the amount of $65,280.00; 3. Statutory damages for wage statement violations in the amount of $5,000.00; 4. Prejudgment interest in the amount of $9,965.90; 5. Attorney's fees in the amount of $17,239.25; and 6. Costs in the amount of $1,904.00.; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                     **BY:**

                                                        **Deputy Clerk**